## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IVAN I. AGUILAR, *individually and on behalf of all others similarly situated,*

                         Plaintiff,

              vs.

VITAMIN SHOPPE, INC., RICHARD L. MARKEE, COLIN F. WATTS, and BRENDA M. GALGANO,

                         Defendants.

Civ. No. 2:17-cv-6454-KM-MAH

**ORDER**

**THIS MATTER** having come before the Court upon the competing motions to appoint lead plaintiff and to approve lead counsel of Richard Schubert, Daniel E. Onishuk, Jr., and Mohammed Kayyal (collectively, the "SOK plaintiffs") (ECF No. 4) and Corpus Christi Firefighters' Retirement System ("CCFRS") (ECF No. 5); and the Court having considered without oral argument the moving, opposition, and reply papers for the competing motions (ECF Nos. 4, 5, 6, 7, 8, 9); for the reasons discussed in the accompanying Opinion and good cause shown therefor;

**IT IS** this 25th day of April, 2018,

**ORDERED** that:

1. The SOK plaintiffs' motion (ECF No. 4) is hereby GRANTED and the SOK plaintiffs are appointed Lead Plaintiffs for the Class pursuant to the Private Securities Litigation Reform Act of 1995;
2. Glancy Prongay & Murray LLP and Scott+Scott, Attorneys at Law, LLP are hereby appointed Co-Lead Counsel;
3. Schnader Harrison Segal & Lewis LLP is hereby appointed liaison counsel for the Class;
4. The CCFRS motion (ECF No. 5) is hereby DENIED.

**KEVIN MCNULTY**
**United States District Judge**