**SCHNADER HARRISON**
**SEGAL & LEWIS LLP**
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165
Tel: (856) 482-5222
Fax: (856) 482-6980
ljrodriguez@schnader.com

*Liaison Counsel for Lead Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Joshua L. Crowell
Vahe Mesropyan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
jcrowell@glancylaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Deborah Clark-Weintraub
Beth A. Kaswan
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
dweintraub@scott-scott.com
bkaswan@scott-scott.com

*Co-Lead Counsel for Lead Plaintiffs*
*(Additional Counsel on Signature Page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN I. AGUILAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VITAMIN SHOPPE, INC., RICHARD L. MARKEE, COLIN F. WATTS and BRENDA M. GALGANO,<br><br>Defendants. | Case No. 2:17-cv-06454-KM-MAH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Richard Schubert, Daniel Onishuk, Jr., and Mohammed Kayyal, voluntarily dismiss this action against all defendants, without prejudice as to themselves or to unnamed class members.

Dated: July 13, 2018

Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ Lisa J. Rodriguez*

Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East
Suite 200
Cherry Hill, NJ 08002-1165
Tel: (856) 482-5222
Fax: (856) 482-6980
ljrodriguez@schnader.com

*Liaison Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Joshua L. Crowell
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
jcrowell@glancylaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Deborah Clark-Weintraub
Beth A. Kaswan
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
dweintraub@scott-scott.com
bkaswan@scott-scott.com

*Co-Lead Counsel*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 7/17/18